IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SKYE WYATT** | CASE NO. 6:10-CV-674-JDL |
| *Plaintiff,* | JURY TRIAL DEMANDED |
| v. | |
| **KILGORE INDEPENDENT SCHOOL DISTRICT, and RHONDA FLETCHER and CASSANDRA NEWELL, in their personal capacities,** | |
| *Defendants.* | |

## FINAL JUDGMENT

Pursuant to the parties Agreed Motion to Dismiss (Doc. No. 165) filed by Defendants Kilgore Independent School District, Rhonda Fletcher, and Cassandra Newell, and Plaintiff Skye Wyatt, the Court hereby enters Final Judgment.

IT IS ORDERED, ADJUDGED and DECREED that the parties take nothing and that all pending motions are DENIED AS MOOT. All costs are to be borne by the party that incurred them.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff's claims are DISMISSED with prejudice in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 17th day of March, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE